FILED: August 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1736
(8:20-cv-01502-JRR)

_____

ROCK SPRING PLAZA, II, LLC

      Plaintiff - Appellee

v.

INVESTORS WARRANTY OF AMERICA, LLC; ROCK SPRINGS DRIVE, LLC

      Defendants - Appellants

and

JANE DOES

      Defendant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 09/12/2025

Opening brief due: 09/12/2025

Response brief due: 10/14/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk