UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1736
(8:20-CV-01502-JRR)
_____

Rock Spring Plaza, II, LLC,

    Plaintiff-Appellee

-v-

Investors Warranty of America, LLC and Rock Springs Drive, LLC,

    Defendants-Appellants

_____

**CONSENT MOTION TO USE DEFERRED APPENDIX**
_____

    Appellants Investors Warranty of America, LLC and Rock Springs Drive, LLC (collectively, "Appellants"), by their undersigned counsel, and with Appellee's consent, respectfully request the Court approve the use of the deferred joint appendix procedures of Fed. R. App. P. 30(c):

    1.    In this appeal from the district court's order denying summary Judgment and a motion for directed verdict, and following a two-week trial, the exhibits to the parties' briefs are anticipated to be thousands of pages.

    2.    It is anticipated that the parties will cite only a fraction of those pages, but it is difficult to avoid over-designation before the parties file their principal briefs.

3.  There also is significant technical work that will need to be completed to hopefully simplify review by the Court.

4.  Employing the deferred joint appendix procedures of Fed. R. App. P. 30(c) would mitigate both issues and keep briefing on track.

5.  Appellants propose the following schedule:

| | |
|---|---|
| Appellants' Page-Proof Opening Brief: | September 12, 2025 |
| Appellee's Page-Proof Response Brief: | October 14, 2025 |
| Appellants' Reply Brief: | 21 days from service of Response Brief |
| Joint Appendix: | 21 days from service of Response Brief |

6.  Prior to filing this Motion, Appellants' counsel conferred with Appellee's counsel who advised that they consent to the relief requested.

WHEREFORE, Appellants respectfully request that this Court approve the use of a deferred joint appendix using the scheduled set forth above.

Dated:   September 8, 2025                           Respectfully submitted,

Arnall Golden & Gregory LLP  
Rebecca A. Davis  
Kevin B. Getzendanner  
171 17th Street NW, Suite 2100  
Atlanta, GA 30363  
rebecca.davis@agg.com  
kevin.getzendanner@agg.com  

Counsel for Investors Warranty of America, LLC

Sara E. Kropf  
Kropf Moseley Schmitt PLLC  
1100 H Street NW, Suite 1220  
Washington, DC 20005  
sara@kmlawfirm.com  

Counsel for Rock Springs Drive, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2025, a copy of the foregoing paper was served by CM/ECF on all counsel of record.

*/s/ Rebecca A. Davis*
Rebecca A. Davis