FILED: September 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1736
(8:20-cv-01502-JRR)

_____

ROCK SPRING PLAZA, II, LLC

      Plaintiff - Appellee

v.

INVESTORS WARRANTY OF AMERICA, LLC; ROCK SPRINGS DRIVE, LLC

      Defendants - Appellants

and

JANE DOES

      Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred joint appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk