No. 25-1736

*In the United States Court of Appeals
for the Fourth Circuit*

Rock Spring Plaza, II, LLC,

    Plaintiff-Appellee

-v-

Investors Warranty of America, LLC and Rock Springs Drive, LLC,

    Defendants-Appellants

───────────────────────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
───────────────────────────────────────────────

**APPELLANTS' MOTION FOR LEAVE TO ATTACH ADDITIONAL
MATERIAL UNDER LOCAL RULE 28(b)**
───────────────────────────────────────────────

| | |
|---|---|
| Arnall Golden & Gregory LLP | Kropf Moseley Schmitt PLLC |
| Rebecca A. Davis | Sara E. Kropf |
| Kevin B. Getzendanner | 1100 H Street NW, Suite 1220 |
| 171 17th Street NW, Suite 2100 | Washington, DC 20005 |
| Atlanta, GA 30363 | sara@kmlawfirm.com |
| rebecca.davis@agg.com | |
| kevin.getzendanner@agg.com | Counsel for Rock Springs Drive, LLC |
| | |
| Counsel for Investors Warranty of America, LLC | |

Pursuant to Local Rule 28(b), Appellants seek leave to file two one-page attachments to their brief to aid the Court in its understanding of this case. Appellants' page-proof brief was filed on September 12, 2025.

Exhibit 1 is a summary of the entities that have stood in the shoes of the (a) landlord on the ground release, (b) the tenant on the ground lease, and (c) the lender of $30 million to the tenant to construct an office building on the property. These relationships give rise to the two key contracts in the case. Plus, some of the names are very similar (*e.g.*, Rock Spring Plaza II, LLC and Rock Springs Drive LLC), which can lead to confusion. This chart will assist the Court in understanding each party's role in the case.

Exhibit 2 is a timeline of key events in this case. Since this case stretches back to a commercial ground lease signed in 1990, this timeline will assist the Court in placing various key events into the overall history.

Appellants conferred with Appellee prior to filing this motion, and Appellee stated it would not consent to the motion.

The two proposed exhibits are attached to this motion.

## **STATEMENT REGARDING CONSENT**

Pursuant to Local Rule 27(a), on September 17, 2025, counsel for Appellants sent a copy of the two proposed exhibits to counsel for Appellee and sought consent to this motion. Counsel for Appellee did not consent to this motion.

/s/ Rebecca A. Davis
Rebecca A. Davis

September 18, 2025

/s/ Rebecca A. Davis
Rebecca A. Davis
Kevin B. Getzendanner
Arnall Golden & Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
rebecca.davis@agg.com
kevin.getzendanner@agg.com

*Counsel for Investors Warranty of America, LLC*

/s/ Sara E. Kropf
Sara E. Kropf
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
sara@kmlawfirm.com

*Counsel for Rock Springs Drive, LLC*

# EXHIBIT 1

# Exhibit 1

| Landlord | Tenant | Lender |
|---|---|---|
| Anne Camalier | Rock Spring II Limited Partnership (Original Tenant) | Monumental Life Insurance Company |
| ↓ assigned to | ↓ following Original Tenant's default of loan obligations, Ground Lease was foreclosed on by | ↓ assigned to |
| Rock Spring Plaza II, LLC | Investors Warrant of America, LLC | AEGON Global Institutional Markets PLC |
|  | ↓ Ground Lease assigned to and obligations assumed by | ↓ assigned to |
|  | Rock Springs Drive, LLC | Transamerica Life Insurance Company |
|  |  | ↓ assigned to |
|  |  | Investors Warrant of America, LLC |

# EXHIBIT 2

# Exhibit 2

**11/14/1990** — Ground Lease is executed by Anne Camalier, as landlord, and Rock Spring II Limited Partnership ("Original Tenant"). The term is for 99 years and expires 2089. The Ground Lease was ultimately assigned to Rock Spring Plaza II, LLC ("Plaza"), who became the landlord.

**6/2/2006** — Original Tenant refinances a $30 million loan ("Loan") through Lender (IWA's predecessor), and in connection with that refinancing, Plaza executed the Ground Lessor Estoppel Agreement and Non-Disturbance Agreement.

**9/22/2011** — Original Tenant told the Lender it was defaulting on the Loan still owing $27 million and was also going to stop paying ground rent under the Ground Lease (collateral).

**10/11/2011** — Original Tenant defaulted on the Loan still owing approximately $27 Million.

**4/12/2012** — IWA, the Lender, foreclosed on the Loan.

**8/31/2017** — IWA assigned the Ground Lease to Rock Springs Drive, LLC ("RSD") and RSD assumed the obligations of the Ground Lease.

**6/20/2020** — Plaza filed suit against IWA and RSD.