**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 18, 2025

_____

RESPONSE REQUESTED
_____

No.    25-1736,        Rock Spring Plaza, II, LLC v. Investors Warranty of America, LLC
                      8:20-cv-01502-JRR

TO:    Rock Spring Plaza, II, LLC

RESPONSE DUE: 09/29/2025

Response is required to the motion to file attachment to brief on or before 09/29/2025.

A. Walker, Deputy Clerk
804-916-2702